UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    Case No. 09 B 45773
    Harrison Crump
    Lucretia Crump
        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/02/2009.

2) The plan was confirmed on 02/16/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/06/2014.

5) The case was Dismissed on 08/26/2014.

6) Number of months from filing to last payment: 55.

7) Number of months case was pending: 58.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $35,615.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                                                    $35,615.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,444.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,649.88 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                         **$5,093.88**

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACC International | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| American Profit Recovery | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 623.00 | 1,792.68 | 1,792.68 | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 30.00 | 30.80 | 30.80 | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 490.00 | 402.86 | 402.86 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 255.00 | 255.00 | 255.00 | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 150.00 | 895.08 | 895.08 | 0.00 | 0.00 |
| CBCS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 639.00 | 2,709.80 | 2,709.80 | 0.00 | 0.00 |
| Col/Debt Collection Systems | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| Credit Solutions Corporation | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| Creditors Bankruptcy Service | Unsecured | 388.00 | 388.34 | 388.34 | 0.00 | 0.00 |
| Department Of Education | Unsecured | NA | 11,083.35 | 11,083.35 | 0.00 | 0.00 |
| Department Of Education | Unsecured | NA | 8,436.52 | 8,436.52 | 0.00 | 0.00 |
| Dept Of Education | Unsecured | NA | 7,500.00 | 7,500.00 | 0.00 | 0.00 |
| Diversified Collection Service | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| E R Solutions | Unsecured | 853.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 37,013.00 | 29,108.70 | 29,108.70 | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| First American Cash Advance | Unsecured | 350.00 | 2,659.76 | 2,659.76 | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | NA | 718.06 | 718.06 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Great American Finance Company | Unsecured | 1,885.00 | 1,080.60 | 1,080.60 | 0.00 | 0.00 |
| H & F Law | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 869.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 531.25 | 531.25 | 0.00 | 0.00 |
| Linebarger Goggan Blair & Simpson | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Little Company Of Mary Hospital | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| Loan Shop | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| LTD Financial Services | Unsecured | 431.00 | NA | NA | 0.00 | 0.00 |
| Mitchell N Kay | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Monterey Collection Service | Unsecured | 1,096.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 531.00 | NA | NA | 0.00 | 0.00 |
| Nelnet II | Unsecured | 15,646.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 210,081.00 | 216,643.87 | 216,643.87 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 210,081.00 | 1,478.52 | 1,478.76 | 1,472.98 | 0.00 |
| Orchard Bank | Unsecured | 703.00 | NA | NA | 0.00 | 0.00 |
| Parking Collection Services | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 399.00 | 180.45 | 180.45 | 0.00 | 0.00 |
| PLS Financial | Unsecured | 2,875.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 12,924.00 | 5,216.74 | 5,216.74 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 12,924.00 | 12,766.74 | 7,550.00 | 7,326.83 | 979.07 |
| Portfolio Recovery Associates | Secured | 19,374.00 | 22,346.52 | 19,374.00 | 18,135.61 | 2,606.63 |
| Portfolio Recovery Associates | Unsecured | NA | 2,972.52 | 2,972.52 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 289.00 | 361.45 | 361.45 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,295.00 | 1,371.03 | 1,371.03 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,510.00 | 1,510.68 | 1,510.68 | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | NA | 553.00 | 553.00 | 0.00 | 0.00 |
| South Holland Police Department | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| South Suburban Cardiology | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 7,267.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | NA | 1,251.54 | 1,251.54 | 0.00 | 0.00 |
| Trust Receivable Services | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| USA Funds | Unsecured | 10,916.00 | 9,617.46 | 9,617.46 | 0.00 | 0.00 |
| USCB | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| Village of Hazel Crest | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $216,643.87 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,478.76 | $1,472.98 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $26,924.00 | $25,462.44 | $3,585.70 |
| **TOTAL SECURED:** | **$245,046.63** | **$26,935.42** | **$3,585.70** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$91,327.67** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,093.88 |
| Disbursements to Creditors | $30,521.12 |
| **TOTAL DISBURSEMENTS:** | **$35,615.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/14/2014         By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**